**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: February 19, 2016**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-50094 |
| | ) | |
| MAURIZIO G. DIMICHELE & | ) | |
| TONYA L. DIMICHELE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge Hoffman |
| | ) | |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS (Docket No. 16);  ORDER DISMISSING CASE

This matter came on for consideration upon the United States Trustee's Motion to Dismiss (Docket No. 16).  The Debtors and all parties in interest were served with Notice of the Motion to Dismiss (Docket No. 17).  No timely opposition has been filed.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the United States Trustee's Motion to Dismiss be and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that this case be and it is hereby DISMISSED.

**IT IS SO ORDERED**.


SUBMITTED BY:

Daniel M. McDermott
United States Trustee
Region 9

By:    /s/ Pamela Arndt
Pamela Arndt  (0068230)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone:  (614) 469-7411 ext. 228
Facsimile:  (614)469-7448
E-mail: Pamela.D.Arndt@usdoj.gov


COPIES TO:

All Creditors and Parties in Interest


### #